# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RICARDO JACKSON** | : |
| Plaintiff, | : |
| v. | : 3:13-CV-2747 |
| | : (JUDGE MARIANI) |
| **COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF CORRECTIONS** | : |
| Defendant. | : |

## ORDER

AND NOW, THIS 28th DAY OF OCTOBER, 2016, upon consideration of Defendant's Motion for Summary Judgment (Doc. 33), **IT IS HEREBY ORDERED THAT:**

1. Defendant's Motion for Summary Judgment (Doc. 33) is **DENIED**.

2. A telephone scheduling conference will be held on **Tuesday, November 8, 2016, at 10:30 a.m.** Counsel for Plaintiff is responsible for arranging the call to (570) 207-5750, and all parties should be ready to proceed before the undersigned is contacted.

Robert D. Mariani
United States District Judge